IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Turner, Germaine

Printed: 1/29/08

Case Number: 05 B 29606
Judge: Wedoff, Eugene R
Filed: 7/27/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 13, 2007
Confirmed: September 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,500.00 |  |
| Secured: |  | 6,293.90 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 506.10 |
| Other Funds: |  | 0.00 |
| Totals: | 9,500.00 | 9,500.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | First Investors Finicial Service | Secured | 12,166.34 | 6,293.90 |
| 3. | Internal Revenue Service | Priority | 452.60 | 0.00 |
| 4. | Capital One | Unsecured | 75.89 | 0.00 |
| 5. | First Investors Finicial Service | Unsecured | 765.69 | 0.00 |
| 6. | Muncipal Collection Service | Unsecured | 60.50 | 0.00 |
| 7. | Cash America Financial Services | Unsecured | 51.57 | 0.00 |
| 8. | Capital One | Unsecured | 63.12 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 11.06 | 0.00 |
| 10. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 11. | SBC | Unsecured |  | No Claim Filed |
| 12. | Fitness | Unsecured |  | No Claim Filed |
| 13. | Charter One Bank | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | Comcast | Unsecured |  | No Claim Filed |
| 16. | Health | Unsecured |  | No Claim Filed |
| 17. | Sprint PCS | Unsecured |  | No Claim Filed |
| 18. | Prairie State College | Unsecured |  | No Claim Filed |
| 19. | TCF Bank | Unsecured |  | No Claim Filed |
| 20. | Veterans Administration | Unsecured |  | No Claim Filed |
| 21. | US Cellular | Unsecured |  | No Claim Filed |
| 22. | Telecheck | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,346.77 | $ 8,993.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Turner, Germaine | Case Number: 05 B 29606 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 1/29/08 | Filed: 7/27/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 248.17 |
| 5% | 71.25 |
| 4.8% | 45.60 |
| 5.4% | 141.08 |
| | _____ |
| | $ 506.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

